Joseph H. Harrington
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 0 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | **2:19-CR-33-RMP** |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(j), 924(a)(2) Possession of Stolen Firearms (Count 1) |
| BYRON THOMAS GINN, | |
| Defendant. | 26 U.S.C. §§ 5841, 5861(d), 5871 Possessing an Unregistered Firearm (Count 2) |
| | 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

On or about June 1, 2018, in the Eastern District of Washington, the Defendant, BYRON THOMAS GINN, knowingly possessed stolen firearms, to

INDICTMENT – 1

wit: a Beretta model M-9, 9mm pistol, bearing serial number 1292892, and a Colt, model AR-15, 5.56 caliber rifle, bearing serial number 4284117, which firearms had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 2

On or about June 1, 2018, in the Eastern District of Washington, the Defendant, BYRON THOMAS GINN, knowingly received and possessed a firearm, to wit: a Colt, model AR-15, 5.56 caliber rifle, bearing serial number 4284117, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), 5871.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(j), 924(a)(2), as set forth in Count 1 of this Indictment, the Defendant, BYRON THOMAS GINN, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense.

INDICTMENT – 2

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 26 U.S.C. §§ 5841, 5861(d), 5871, as set forth in Count 2 of this Indictment, the Defendant, BYRON THOMAS GINN, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense.

DATED this 20 day of February, 2019.

A TRUE BILL

F(_____

*Joseph H. Harrington*
Joseph H. Harrington
United States Attorney

*Russell E. Smoot*
Russell E. Smoot
Assistant United States Attorney

INDICTMENT – 3