FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:19-CR-00033-RMP-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| BYRON THOMAS GINN, | **MOTION GRANTED** <br> **(ECF No. 48)** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 48**. Defendant recites in his motion that he has secured employment as a truck driver and would be required to drive to Oregon and Northern California. Neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to travel outside the Eastern District of Washington for employment purposes.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 48,** is **GRANTED**. Defendant may travel outside the Eastern District of Washington for employment only, *provided* he keeps U.S. Probation informed of his whereabouts and provides a reliable means to promptly contact him at all times he is out of this District.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 10, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1