Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:19-CR-00033-RMP |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(j), 924(a)(2) Possession of Stolen Firearms (Count 1) |
| BYRON THOMAS GINN, | |
| Defendant. | 18 U.S.C. §§ 922(o), 924(a)(2) Unlawful Possession of a Machinegun (Count 2) |
| | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about June 1, 2018, in the Eastern District of Washington, the Defendant, BYRON THOMAS GINN, knowingly possessed stolen firearms, to wit: a Beretta model M-9, 9mm pistol, bearing serial number 1292892, and a Colt, model AR-15, 5.56 caliber rifle, bearing serial number 4284117, which firearms had been shipped and transported in interstate and foreign commerce, knowing and

SUPERSEDING INDICTMENT – 1

having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 2

On or about June 1, 2018, in the Eastern District of Washington, the Defendant, BYRON THOMAS GINN, knowingly possessed a machinegun, to wit: a Colt, model AR-15, 5.56 caliber rifle, bearing serial number 4284117, in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(j), 922(o), 924(a)(2), as set forth in Counts 1 and 2 of this Superseding Indictment, the Defendant, BYRON THOMAS GINN, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense.

DATED this 15th day of June, 2021.

Joseph H. Harrington
Acting United States Attorney

Ann T. Wick
Assistant United States Attorney

SUPERSEDING INDICTMENT – 2