PROB 12C
(6/16)

Report Date: May 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Byron Thomas Ginn | Case Number: 0980 2:19CR00033-RMP-1 |
| Address of Offender: ███████████ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 16, 2022

Original Offense:        Theft Of Government Property , 18 U.S.C. § 641

| | | | |
|---|---|---|---|
| Original Sentence: | Probation- 60 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | May 16, 2022 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | May 15, 2027 |

## PETITIONING THE COURT

To issue a summons.

On May 20, 2022, Mr. Ginn signed his judgment acknowledging his understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:   It is alleged that Mr. Ginn is in violation of his conditions of supervised release for driving under the influence (DUI) on April 29, 2023.<br><br>The following information below is derived from the police report filed by Washington State Patrol (WSP) case #23-007425.<br><br>On April 29, 2023, a WSP state trooper arrived on scene to a two-vehicle collision at approximately 1711 hours.  The two vehicles involved in the collision were  a black Toyota Corolla and a F-350 (Mr. Ginn's vehicle).  Upon arrival, one passenger from the Corolla was being treated at the ambulance and one passenger was transported to the Pullman Hospital via ambulance and complaining of shoulder pain. When the officer spoke with one of the passengers of the Corolla, she had visible lacerations and appeared to be in pain and holding her head. The officer spoke with the driver of the Corolla to get her story of what happened and she was asked if she would perform a voluntary field sobriety test, to which she complied. |

Prob12C
**Re: Ginn, Byron Thomas**
May 17, 2023
Page 2

There was no indication this driver was affected by drugs or alcohol.
The state trooper spoke with a witness at the scene who advised that the Toyota Corolla pulled out in front of the truck and the truck had tried to veer off to avoid hitting the Toyota Corolla.

The state trooper then spoke with the driver of the F-350, Byron Ginn. When questioning Mr. Ginn on what happened, the officer could smell a strong odor of intoxicants coming from his breath. Mr. Ginn advised that he had been driving the F-350 and was the only person in the vehicle. Mr. Ginn stated he was coming from Spokane Valley, Washington, heading to see his dad for a 3-day fishing trip. While Mr. Ginn was speaking with the officer, he was swaying slightly from side to side and appeared to be unsteady on his feet. He was asked if he had been drinking, which he stated "no." At that time, he was asked if he would submit to a voluntary field sobriety test, and he complied. Due to Mr. Ginn performing poorly on the sobriety test, he was then given a preliminary breath test. Mr. Ginn was asked if he believed he would be over the legal limit. He responded "yes." At 1727 hours Mr. Ginn gave a sample of his breath, which was .239.

Mr. Ginn is currently not in custody and his next court date for this pending DUI is June 8, 2023, in Whitman County, Washington.

2  **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance

**Supporting Evidence**: It is alleged that Mr. Ginn is in violation of his conditions of supervised release for consuming alcohol on or about April 29, 2023.

On April 29, 2023, Mr. Ginn was arrested for DUI and blew .239 on the preliminary breath test.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/17/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Ginn, Byron Thomas
May 17, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

5/18/2023

Date